No. 99–5515.   ALANIZ-ALANIZ *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 99–5516.   TAYLOR *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 99–5518.   JOHNSON *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 99–5519.   ROBINSON *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 99–5521.   HOLMAN *v.* NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 99–5522.   GRAY *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 99–5523.   EESLEY *v.* WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 99–5524.   GILBERT *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 99–5527.   JEAN-PIERRE *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 99–5529.   JOHNSON *v.* CHRISTOPHER ET AL.   C. A. 3d Cir. Certiorari denied.

No. 99–5530.   LAWSON *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 99–5532.   AYSISAYH *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 99–5533.   COLEMAN *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 99–5534.   CHEE *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 99–5536.   BARNES *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.